**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1637**

---

KUMAR MAINIGI,

Plaintiff - Appellant,

versus

TOMMY G. THOMPSON, SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Catherine C. Blake, District Judge.  (CA-98-1088-CCB)

---

Submitted:  October 28, 2002          Decided:  November 7, 2002

---

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George M. Chuzi, KALIJARVI, CHUZI & NEWMAN, P.C., Washington, D.C.,
for Appellant. Thomas M. DiBiagio, United States Attorney, Larry D.
Adams, Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kumar Mainigi appeals the district court's order denying his claims under on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Mainigi v. Thompson, No. CA-98-1088-CCB (D. Md. Mar. 23, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED